SCANNED
DATE: 1-20-04
BY: [signature]

04MBD 10024

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
2004 JAN 14 A 10:09
U.S. DISTRICT COURT
DIST. OF MASS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Cr. No. 03-M-1128-JGD |
| | ) | |
| **NICOLE CONLEY** | ) | |
| | ) | |

### JOINT MOTION FOR CONTINUANCE
### PURSUANT TO 18 U.S.C. § 3161(h)(8)(A)

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Kimberly P. West, Assistant U.S. Attorney, and Nicole Conley, by her attorney, Syrie Fried, Esq., jointly request a continuance of the period within which the government must seek an indictment in this matter, to February 18, 2004, and that the additional time be excluded under the Speedy Trial Act in the interests of justice, pursuant to 18 U.S.C. §3161(h)(8)(A). In support of this motion, the parties state as follows:

1. On October 10, 2003, a complaint was filed charging the defendant with conspiring with another to knowingly enter into a marriage for the purpose of evading any provision of the immigration laws in violation of 8 U.S.C. §1325(c) and 18 U.S.C. § 371. On December 17, 2003, the defendant initially appeared in this Court on that complaint.

2. The government and the defendant are presently discussing the possible disposition of this case by pre-indictment plea agreement.

[handwritten margin: 1/21/04 Motion allowed [signature]]

**DOCKETED**



3.   The negotiation of a possible plea agreement likely will not be completed by the last date that this case must be indicted under the terms of the Speedy Trial Act, in the absence of further action.  Both parties thus request a continuance of the period within which an indictment must be returned in this case, until February 18, 2004, to facilitate those discussions.  This period of time should be excluded from the calculation under the Speedy Trial Act.  See 18 U.S.C. §3161(h)(8)(A).  The requested period of time is to permit the parties to consider a plea in this case.  The sought-after delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial as a plea in this case would preserve sentencing benefits for the defendant and would conserve judicial and governmental resources that would otherwise be utilized in pre-trial preparations.

WHEREFORE, the parties requests that, in the interests of justice, this Court allow a continuance of the period within which the government must seek an indictment in this matter under the Speedy Trial Act, until February 18, 2004, and that this

period be excluded under the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(A).

                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney

By:     /s/ Kimberly P. West
                            KIMBERLY P. WEST
                            Assistant U.S. Attorney

                            NICOLE CONLEY

By:     /s/ Syrie Fried (kpw)
                            SYRIE FRIED, ESQ.
                            Assistant Federal Defender