**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA          )
                                  )
                v.                )          M.B.D. No. 04 MBD 10024
                                  )
NICOLE CONLEY                     )
                                  )

**JOINT MOTION FOR CONTINUANCE**
**PURSUANT TO 18 U.S.C. § 3161(h)(8)(A)**

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Kimberly P. West, Assistant U.S. Attorney, and Nicole Conley, by her attorney, Syrie Fried, Esq., jointly request a continuance of the period within which the government must seek an indictment in this matter, Cr. No. 93-M-1128-JGD, to April 16, 2004, and that the additional time be excluded under the Speedy Trial Act in the interests of justice, pursuant to 18 U.S.C. §3161(h)(8)(A). In support of this motion, the parties state as follows:

1. On October 10, 2003, a complaint was filed charging the defendant with conspiring with another to knowingly enter into a marriage for the purpose of evading any provision of the immigration laws in violation of 8 U.S.C. §1325(c) and 18 U.S.C. § 371. On December 17, 2003, the defendant initially appeared in this Court on that complaint.

2. The government has provided all discoverable material to the defendant and the parties have discussed a possible disposition of this case by pre-indictment plea agreement.

3.  Counsel for the defendant has had difficulty communicating with the defendant as Ms. Conley is currently in Ryan House, a treatment facility in Lynn, Massachusetts.  Ms. Conley is presently undergoing drug treatment and unable to leave the campus without being accompanied by staff.  It is counsel's expectation that she will be able to discuss the possibility of a plea agreement with Ms. Conley within the next thirty days.

4.  The negotiation of a possible plea agreement likely will not be completed by the last date that this case must be indicted under the terms of the Speedy Trial Act, in the absence of further action.  Both parties thus request a continuance of the period within which an indictment must be returned in this case, until April 16, 2004, to facilitate those discussions.  This period of time should be excluded from the calculation under the Speedy Trial Act.  See 18 U.S.C. §3161(h)(8)(A).  The requested period of time is to permit the parties to consider a plea in this case.  The sought-after delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial as a plea in this case would preserve sentencing benefits for the defendant and would conserve judicial and governmental resources that would otherwise be utilized in pre-trial preparations.

WHEREFORE, the parties requests that, in the interests of justice, this Court allow a continuance of the period within which the government must seek an indictment in this matter under

the Speedy Trial Act, until April 16, 2004, and that this period

be excluded under the Speedy Trial Act in the interests of

justice pursuant to 18 U.S.C. §3161(h)(8)(A).


                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                   By:  _____
                              KIMBERLY P. WEST
                              Assistant U.S. Attorney



                              NICOLE CONLEY

                   By:  _____
                              SYRIE FRIED, ESQ.
                              Assistant Federal Defender



DATED: March 12, 2004